# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAN D. PRATHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-952-R |
| | ) |
| JILL OCHS-TONTZ, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a state prisoner appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On September 27, 2012, Judge Roberts recommended that the matter be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A because Plaintiff failed to plead any facts alleging a constitutional violation by either Defendant against him. Plaintiff has filed an unsigned objection to the Report and Recommendation wherein he recites a litany of issues, none of which are related to the underlying claims he unsuccessfully attempted to plead in this action. The Court accepts the unsigned objection for filing, and hereby adopts the Report and Recommendation in its entirety and this action is hereby DISMISSED as frivolous.

IT IS SO ORDERED this 22nd day of October, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE